# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. |
| RAJESH MOTIBHAI PATEL, | 1:23-cr-00133-WMR-JEM |
| Defendant. | |

## VERDICT

1. As to Count One of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty __✓__    Guilty _____

**If the answer is Guilty, please proceed to Question 1A. If the answer is Not Guilty, please proceed to Question 2.**

1A. Having found Defendant Rajesh Motibhai Patel guilty of Count One of the Indictment, do you, the jury, unanimously find that the offense resulted in bodily injury to victim S.J.?

   Yes _____    No _____

2. As to Count Two of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty ✓       Guilty _____

3. As to Count Three of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty ✓       Guilty _____

4. As to Count Four of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty ✓       Guilty _____

5. As to Count Five of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty ✓       Guilty _____

6. As to Count Six of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

   Not Guilty ✓       Guilty _____

7. As to Count Seven of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

    Not Guilty _____    Guilty __✓__

8. As to Count Eight of the Indictment, we, the jury, unanimously find Defendant Rajesh Motibhai Patel:

    Not Guilty _____    Guilty __✓__

SO SAY WE ALL, signed and dated at the United States Courthouse, Atlanta, Georgia, this __5th__ day of __November__, 2024.

_____
Foreperson's Signature

__Brian Turner__
Foreperson's Printed Name